■ The People of the State of New York, Respondent, v Guy Stewart, Appellant. [23 NYS3d 903]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed April 8, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

As the People correctly concede, the defendant's waiver of the right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Brown*, 122 AD3d 133 [2014]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.